**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, LLC, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | Case No. 2:13-CV-06592-CDJ |
| | : | |
| LATHAM & WATKINS LLP, | : | |
| | : | |
| Defendant | : | |
| | : | |

**DEFENDANT LATHAM & WATKINS LLP'S MOTION TO DISMISS PLAINTIFF
MATTERN & ASSOCIATES, LLC'S COMPLAINT**

As set forth fully in the attached Memorandum of Law, the claims brought against

Defendant Latham & Watkins LLP ("Latham") by Plaintiff Mattern & Associates, LLC in its

Complaint filed on October 15, 2013 in the Philadelphia Court of Common Pleas and removed to

this Court on November 13, 2013 should be dismissed with prejudice because the Complaint

fails to state a claim against Latham under the standards set forth by Rules 8 and 12 of the

Federal Rules of Civil Procedure.

Dated:  November 20, 2013                    Respectfully submitted,

/s/ Samantha L. Southall
Samantha L. Southall, Esq. (Pa. I.D. No. 80709)
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
Email: samantha.southall@bipc.com

Jack M. Stover, Esq. (Pa. I.D. No. 18051)
BUCHANAN INGERSOLL & ROONEY PC
409 North Second Street, Suite 500
Harrisburg, PA 17101-1357
Telephone: (717) 237-4800
Facsimile:  (717) 233-0852
Email: jack.stover@bipc.com

*Attorneys for Defendant*

Of counsel:
Peter L. Winik, Esq.
Lawrence J. Gotts, Esq.
Matthew K. Roskoski, Esq.
Evan R. Thorn, Esq.
LATHAM & WATKINS LLP
555 11th Street, N.W., Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201