IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTERN & ASSOCIATES, LLC       :
    Plaintiff,
                                                               CIVIL ACTION
      v.                                                          :       NO. 13-6592

LATHAM & WATKINS LLP             :
    Defendant.                                        :

**ORDER**

FILED
SEP 26 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 26th day of September, 2014, upon consideration of Defendant's Motion to Dismiss (Doc. No. 2), Plaintiff's Opposition thereto (Doc. No. 14), and Defendant's Reply to Plaintiff's Opposition (Doc. No. 18), it is hereby ORDERED as follows:

(1) Defendant's Motion is GRANTED as to Counts III and IV of Plaintiff's Complaint and the same shall be DISMISSED;

(2) Defendant's Motion is DENIED as to Counts I and II;

(3) Plaintiff's request for leave to amend is DENIED; and

(4) Within twenty (20) days of this Order, Defendant shall file an Answer to the remaining portions of Plaintiff's Complaint.

BY THE COURT:

_____
C. Darnell Jones, II         J.