IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTERN & ASSOCIATES, LLC          :
     Plaintiff,
                                          CIVIL ACTION
                             :     NO. 13-6592
    v.

                             :

LATHAM & WATKINS LLP
     Defendant.

**ORDER**

AND NOW, this 14th day of January, 2015, upon notification that the issues between Plaintiff and Defendant have been settled and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby ORDERED and DECREED that the claims against said Defendant are DISMISSED with prejudice, pursuant to agreement of counsel and without costs.

BY THE COURT:

/s/ C. Darnell Jones, II     J.